IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BLUE SKY THE COLOR OF IMAGINATION, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>NOTEWORTHY PAPER & PRESS, INC., a Montana corporation,<br><br>    Defendant. | CV 20–25–M–DLC<br><br><br>ORDER |

Plaintiff, by and through its attorney John F. Haffey, moves for the admission of Laura A. Genovese to practice before this Court in the above-captioned matter. (Doc. 45.) Mr. Haffey represents that he intends to act as local counsel. (*Id.* at 2.) The Court has reviewed Ms. Genovese's affidavit (Doc. 45-1), which appears to be in order.

Accordingly, IT IS ORDERED that the motion (Doc. 45) is GRANTED on the condition that Ms. Genovese do her own work. This means that she must: (1) do her own writing; (2) sign her own pleadings, motions, and briefs; and (3) appear and participate personally. Ms. Genovese shall take steps to register in the Court's

electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Genovese, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

Dated this 17th day of April, 2020.

/s/ Dana L. Christensen

Dana L. Christensen, District Judge
United States District Court