IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BLUE SKY THE COLOR OF IMAGINATION, LLC, a California limited liability company,<br><br>    Plaintiff and Counter Defendant,<br><br>vs.<br><br>NOTEWORTHY PAPER & PRESS, INC., a Montana corporation,<br><br>    Defendant and Counter Plaintiff. | CV 20–25–M–DLC<br><br><br>ORDER |

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. 55),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED that all deadlines are VACATED, and any pending motions are DENIED as moot. The jury trial set for July 19, 2021 is VACATED.

DATED this 17th day of December, 2020.

Dana L. Christensen, District Judge
United States District Court

1